UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTY HYDER, <br><br> Plaintiff, <br><br> v. <br><br> BNY MELLON CORP., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:24-cv-10932 <br> ) <br> ) <br> ) <br> ) <br> ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Bank of New York Mellon[1] ("BNY Mellon"), by and through its undersigned counsel, hereby submits the following corporate disclosure statement:

BNY Mellon is a wholly owned subsidiary of The Bank of New York Mellon Corporation, which is a publicly traded corporation. No individual or entity owns 10% or more of the stock of The Bank of New York Mellon Corporation.

---

[1] Plaintiff's Complaint improperly names The Bank of New York Mellon Corporation as the Defendant and her employer. Plaintiff was employed by The Bank of New York Mellon.

DATED: April 10, 2024

          MORGAN, LEWIS & BOCKIUS LLP

          By: */s/ Keri L. Engelman*
          Keri L. Engelman, BBO# 704360
          keri.engelman@morganlewis.com
          One Federal Street
          Boston, MA 02110-1726
          Telephone: (617) 341-7700

          Doriyon C. Glass (*pro hac vice forthcoming*)
          doriyon.glass@morganlewis.com
          1111 Pennsylvania Avenue NW
          Washington, DC 20004
          Telephone: (202) 739-3000

          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 10, 2024, the foregoing document was filed through the ECF system, and sent to Plaintiff via electronic mail and first class mail:

Adelaide Pagano
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Phone: (617) 994-77840
Email: apagano@llrlaw.com

                                              */s/ Keri L. Engelman*